

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00239-CV

Andrew **MATA** and Oscar Mata,
Appellants

v.

**STATE FARM MUTUAL INSURANCE COMPANY**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-03572
Honorable Solomon Casseb, III, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, State Farm Mutual Insurance Company, recover its costs of this appeal from appellants, Andrew Mata and Oscar Mata.

SIGNED November 19, 2014.

_____
Rebeca C. Martinez, Justice